**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. CROIX, VIRGIN ISLANDS**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| HOVENSA L.L.C., | ) |
| | ) Bankruptcy No. 15-10003 (MFW) |
| Debtor. | ) |
| | ) Related DE #74 |

**ORDER GRANTING *PRO HAC VICE* ADMISSION**
**OF STEPHEN J. ROCHESTER, ESQ.**

Upon the motion (the "Motion") of Dudley, Topper and Feuerzeig, LLP, by Chad C. Messier, Esq., for entry of an order admitting Stephen J. Rochester, Esq. *pro hac vice*; and the Court having considered the Motion and the Certifications of Chad C. Messier, Esq. and Stephen J. Rochester, Esq.; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is hereby GRANTED and Stephen J. Rochester, Esq. is hereby admitted, *pro hac vice*, to appear before this Court in all proceedings in this case.

**SO ORDERED** this 22nd day of September, 2015.

_____
HONORABLE MARY F. WALRATH
United States Bankruptcy Judge