**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. CROIX, VIRGIN ISLANDS**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| HOVENSA L.L.C., | ) |
| | ) Bankruptcy No. 15- 10003 (MFW) |
| Debtor. | ) |
| | ) |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF**
**COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims in the above-captioned case:

See EXHIBIT "A" attached.

This the   24th   day of September, 2015.

**EXHIBIT "A"**

Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005
serspinski.sven@pbc.gov
gran.christopher@pbgc.gov

National Resource Corporation
3500 Sunrise Highway
Suite 200
Building 200
Great River, NY 11730
mboivin@nrcc.com

Atlantic Trading & Marketing, Inc.
San Felipe Plaza – Suite 2100
5847 San Felipe
Houston, TX 77057
john.keough@clydeco.us

Turner St. Croix Maintenance, Inc.
P.O. Box 2750
8687 United Plaza Boulevard
Baton Rouge, Louisiana 70821
jfenner@turner-industries.com
kpatrick@dps-law.com


National Industrial Workers of the
   Seafarers International Union, AFL-CIO
P.O. Box 7630
Christiansted, VI 00823
jmerchant@seafarers.org

## CERTIFICATE OF SERVICE

I certify that a true copy of the attached **Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims** was served upon the members of the committee as appointed and the debtor's counsel by e-mail.

Done this the   24th   day of September, 2015.

/s/
MARTIN P. OCHS
Trial Attorney