**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. CROIX**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HOVENSA, L.L.C., | ) | Case No. 1:15-bk-10003-MFW |
| | ) | |
| Debtor. | ) | Re: D.I. 1173 and 1174 |

**JOINT MOTION FOR ENTRY OF ORDER EXTENDING LIQUIDATING TRUSTEE'S DEADLINE TO RESPOND TO MOTION FOR DISGORGEMENT OF FEES OR IN THE ALTERNATIVE MOTION FOR FEE AUDIT OF DENTONS AND WMC**

Lee J. Rohn, on behalf of certain Class IV Tort Claimants and a member of the Oversight Committee of the Liquidating Trust ("Attorney Rohn") and Jay Borow, in his capacity as the duly appointed liquidating trustee for the Hovensa Liquidating Trust (the "Liquidating Trustee" and collectively with L. Rohn, the "Parties") jointly file this motion for entry of an order extending the Liquidating Trustee's deadline to seek summary dismissal of the Motion for Disgorgement of Fees Or, In the Alternative, Motion for Fee Audit of Dentons and WMC filed under seal as Docket Number 1173 (the "Disgorgement Motion") and, in support hereof, jointly state as follows:

1. At the hearing held on October 11, 2018, the Parties agreed and the Court ordered that Attorney Rohn would file and serve the Disgorgement Motion no later than October 15, 2018. The Court also ruled that the Liquidating Trustee would have fourteen (14) days to file a motion for summary dismissal of the Disgorgement Motion.

2. The Liquidating Trustee did not receive service of the Disgorgement Motion until October 22, 2018. The Parties agree that the appropriate deadline for the Liquidating Trustee to file its motion for summary dismissal of the Disgorgement Motion is November 5, 2018.

WHEREFORE, Attorney Rohn and the Liquidating Trustee jointly request that the Court enter an order in substantially the same form as attached hereto as **Exhibit A**, directing that the Liquidating Trustee shall have until Monday November 5, 2018 to file a motion for summary dismissal of the Disgorgement Motion.

**JOINTLY AND RESPECTFULLY SUBMITTED, THIS ____ DAY OF OCTOBER, 2018:**

| | |
|---|---|
| **LEE J. ROHN AND ASSOCIATES, LLC** | **HAMM ECKARD, LLP** |
| By: _____<br>Lee J. Rohn (VI Bar No. 52)<br>1101 King Street<br>Christiansted, VI  00820<br>Telephone: (340) 778-8855<br>Email:  lee@rohnlaw.com | By: _____<br>Mark W. Eckard (VI Bar No. 1051)<br>5030 Anchor Way, Suite 13<br>Christiansted, VI  00820<br>Telephone:  (340) 773-6955<br>Email:  meckard@usvi.law |
| Counsel to Certain Class IV Tort Claimants | Counsel to the Liquidating Trustee |
| | **DENTONS US LLP** |
| | By: _____<br>Sam J. Alberts (admitted *pro hac vice*)<br>Malka Zeefe (admitted *pro hac vice*)<br>1900 K Street, NW<br>Washington, DC  20006<br>Telephone:  (202) 408-7004<br>Email:  sam.alberts@dentons.com<br>malka.zeefe@dentons.com |
| | Counsel to the Liquidating Trustee |